OTTO HAYES, Respondent, and GEORGE HAYES, Plaintiff, v. JOHN BORUP, Defendant, and TOWN OF EASTCHESTER, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

DAVID ISRAEL, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Individually and as Trustee for WALTER S. HALLIWELL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of MANNING J. BUTLER, Respondent, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Constituting the MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of FRANK R. HOPE and Another, as Executors, etc., of HERBERT I. FOSTER, Deceased, Respondents, to Discover Certain Property of said Deceased Claimed to be Withheld by KATHERINE D. FOSTER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of THOMAS L. HIGGINS, an Attorney and Counselor at Law.— Respondent, for failure to meet his obligations to his clients until called to account by the bar association, is hereby censured and is warned that further failure to perform his professional duty will meet with severe discipline. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of SAMUEL KOHN, Appellant, for a Prohibition Order against DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK and JENNIE KOHN, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of OSBORNE TRUST COMPANY, Judgment Creditor, for Leave to Issue an Execution against the Property of ROSSITER JOHNSON, Deceased, Judgment Debtor. OSBORNE TRUST COMPANY, Respondent; HERBERT N. EDWARDS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MICHAEL MADSEN, Respondent, v. BALTIMORE MAIL STEAMSHIP COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.